Commonwealth *v.* Mason, Appellant.

Argued March 18, 1974. *Sheldon C. Jelin,* with him *Wollman, Tracey and Schlesinger,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him David Richman, Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Melendez, Appellant.

Argued March 21, 1974. *John Boccabella,* with him *James M. Potter,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.